IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GENE SMITH,**

    Petitioner,

vs.                                Case No. 4:13cv267-RH/CAS

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

    Respondent.

_____/

## AMENDED REPORT AND RECOMMENDATION

    This cause is before me upon referral from the Clerk. In an order filed May 22, 2013, Petitioner was directed to file either pay the $5.00 filing fee or, alternatively, file a motion to proceed in forma pauperis by June 21, 2013. Petitioner was also directed to show cause as to the timeliness of his petition by the same date. Doc. 4.

    On June 7, 2013, Petitioner filed a motion for extension of time to submit filing fee (Doc. 5), which was granted in part and the time for submitting the fee was extended to July 10, 2013 (Doc. 6). On June 21, 2013, Petitioner responded to the show cause order (Doc. 7); however, he did not submit the filing fee as directed in this case. Petitioner was specifically warned that a recommendation would be made that

this case be dismissed if there was a failure to comply with orders of the Court. Doc. 4. Accordingly, on July 24, 2013, this Court entered a Report and Recommendation that this case be dismissed for failure to comply with this Court's orders. Doc. 8. The Report and Recommendation provided that Petitioner would have fourteen (14) days thereafter in which to file objections or show cause for his failure to respond, by filing a motion for reconsideration. *Id*.

Petitioner has now filed a Motion for Reconsideration. Doc. 9. From the information contained therein, Petitioner has another pending § 2254 petition, assigned to U.S. Magistrate Judge Jones. *See id.*; docket for Smith v. Sec'y Dep't of Corr., No. 4:13cv354-RH/GRJ. In that case, Petitioner challenges the same state court conviction he challenges in this case. *Compare* Doc. 7 in 4:13cv354-RH/GRJ *with* Doc. 2 in 4:13cv267-RH/CAS. Further, Petitioner has paid the filing fee in that case and Judge Jones has directed the Florida Attorney General to respond to that § 2254 petition. *See* Docs. 4 and 8 in 4:13cv354-RH/GRJ. It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED.**

**IN CHAMBERS** at Tallahassee, Florida, on August 6, 2013.

                                                  s/ Charles A. Stampelos
                                                  **CHARLES A. STAMPELOS**
                                                  **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy of this report and recommendation. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.